**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 12-1717**

―――――――――

H. LEIGHTON LASKEY,

Plaintiff - Appellant,

v.

STATE OF MARYLAND; CITY OF BALTIMORE; BALTIMORE CITY POLICE
DEPARTMENT; BALTIMORE CITY FALSE ALARM REDUCTION PROGRAM;
BALTIMORE CITY DEPARTMENT OF HOUSING AND COMMUNITY
DEVELOPMENT; JOSEPH B. JOHNSON, Program Manager,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James K. Bredar, District Judge.
(1:12-cv-00945-JKB)

―――――――――

Submitted: August 16, 2012          Decided:  August 20, 2012

―――――――――

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

H. Leighton Laskey, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. Leighton Laskey appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction and under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's judgment. Laskey v. Maryland, No. 1:12-cv-00945-JKB (D. Md. May 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although Laskey's pleadings reference the Equal Protection Clause and the Fourteenth Amendment Privileges and Immunities Clause, we conclude his pleadings fall far short of establishing a cognizable claim under either clause.